IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**WESLEY JEFFERSON, ADC #104933**                                              **PLAINTIFF**

**v.**                            **2:09CV00103-WRW**

**ST. FRANCIS COUNTY CIRCUIT COURT, et al.**                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal taken from this decision is not in good faith.

IT IS SO ORDERED this 27th day of August, 2009.

                                                /s/Wm. R. Wilson, Jr.
                                   UNITED STATES DISTRICT JUDGE